SM

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**FILED**
**5/26/2022**

JMK

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**RECEIVED**

MAR 29 2022 cm

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Christopher James Mansoori

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

1:22-cv-01635
Wood / Gilbert
PC 2
DIRECT

vs.

Jane/John Doe Mailroom Staff

John/Jane Doe Assistant State's Attorney

Seargant Williams

Seargant Armadore

Two John Doe Internal Affairs officers

Superintendent Mccray, Director O'Brien

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

X      **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

_____      **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____      **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I.    **Plaintiff(s):**

A.    Name: Christopher Mansoori

B.    List all aliases: N/A

C.    Prisoner identification number: 20191007189

D.    Place of present confinement: Cook County Jail

E.    Address: 2700 S. California Chicago IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.   **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.    Defendant: Jane or John Doe

      Title: Mailroom Staff

      Place of Employment: Cook County Jail Mailroom

B.    Defendant: John or Jane Doe

      Title: Assistant State's Attorney

      Place of Employment: State's Attorney's office, 2650 S. California, Chicago IL 60608

C.    Defendant: Seargant Williams

      Title: Sheriff, Cook County, (Seargant)

      Place of Employment: Cook County Jail

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## Defendants Continued

D. Defendant: Seargant Armadore
   Title: Sheriff, Cook County, (Seargant)
   Place of Employment: Cook County Jail


E. Defendant: John Doe #1 Internal Affairs officer
   Title: Sheriff, Internal Affairs
   Place of Employment: Cook County Jail (Division 6)


F. Defendant: John Doe #2 Internal Affairs officer
   Title: Sheriff, Internal Affairs
   Place of Employment: Cook County Jail (Division 6)


G. Defendant: Superintendent McCray
   Title: Superintendent
   Place of Employment: Cook County Jail Division 6


H. Defendant: Director O'Brien
   Title: Director of Business Trust / Finance Inmate Welfare
   Place of Employment: Cook County Jail

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _Mansoori vs Patel etc al.._

B. Approximate date of filing lawsuit: _December 2017_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _Christopher Mansoori_

D. List all defendants: _C.O. Patel, Mcgiveny, Sgt. McCullough, Dr. Stlnacki, Dr. Montgomery, etc.._

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Federal Court, Northern District, Eastern Division_

F. Name of judge to whom case was assigned: _Judge Andrea Wood_

G. Basic claim made: _Prisoner's rights violations_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _pending_

I. Approximate date of disposition: _N/A_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

II.

All Lawsuits Filed continued

A. Christopher Mansoori vs. City of Chicago, Jessica Chaidez, Steven Demarco, Michelle Wood etc...

B. February 2020

C. Christopher Mansoori

D. City of Chicago, Jessica Chaidez, Steven Demarco, Michelle Wood, Koloris

E. Federal Court, Northern District, Eastern Division

F. Honorable Gary Feinerman

G. Conspiracy to deprive liberty, False arrest, False imprisonment, perjury, malicious prosecution

H. Pending

I. N/A

All Lawsuits Filed Continued

A. Christopher Mansoori vs. Alicia Pickett, Thomas Smith, T.O. Silius, and Northwestern Memorial Hospital.

B. August 2020

C. Christopher Mansoori

D. Alicia Pickett & Thomas Smith of DCFS, LPD officer Silius, Northwestern Memorial hospital

E. Federal Court, Northern District, Eastern Division

F. Honorable Virginia Kendall

G. Violations in a conspiracy manner

H. Dismissed w/o prejudice

I. N/A

All Lawsuits Filed continued

A. Christopher Mansoori vs. Illinois Department of Children and Family Services

B. July 2021

C. Christopher Mansoori

D. Alicia Pickett, Thomas Smith & Mario Martinez of IDCFS

E. Illinois Court of Claims

F. Unknown

G. Child endangerment, False arrest, Failure to protect a child from abuse

H. Pending

I. N/A

All Lawsuits Filed continued

A. Christopher Mansoori vs. Northwestern Memorial Hospital

B. July 2021

C. Christopher Mansoori

D. Northwestern Memorial Hospital an Illinois not-for-profit corporation

E. Circuit Court of Cook County, Illinois, Law Division

F. Honorable John Ehrlich

G. medical malpractice

H. Pending, settlement discussions as of now

I. N|A

All Lawsuits Filed Continued

A. Christopher Mansoori vs. Chicago Police officer Silius, and The City of Chicago

B. August 2021

C. Christopher Mansoori

D. M.J. Silius Chicago Police officer & The City of Chicago a Municipal Corporation

E. Federal Court, Northern District, Eastern Division

F. Honorable Mary Rowland

G. False arrest, False Imprisonment, Unlawful search

H. Pending, a current "Stay" on the proceeding

I. N/A

All Lawsuits Filed Continued

A. Christopher Mansoori vs. C.O. Squires et.al.  Case # 21-cv-05881

B. November 1 2021

C. Christopher Mansoori

D. C.O. Squires, C.O. Mintah, Lt. Holmes, Superintendent Qween

E. Federal Court, Northern District, Eastern Division

F. Honorable Andrea Wood

G. No recreation time in 27 months while a prisoner, except once

H. Pending

I. N/A

All Lawsuits Filed continued

A. Christopher Mansoori vs. John Doe et. al   Case# 21-CV-06173

B. November 1 2021

C. Christopher Mansoori

D. John Doe engineers et. al

E. Federal Court, Northern District, Eastern Division

F. Honorable Andrea Wood

G. confined with nearly no heat and periods with no hot water

H. Pending

I. N/A

All Lawsuits Filed continued

A. Christopher Mansoori vs. C.O. Smith et al   Case # 21-CV-06242

B. November 2021

C. Christopher Mansoori

D. C.O. Smith and John Doe C.O.

E. Federal Court, Northern District, Eastern Division

F. Honorable Andrea Wood

G. Excessive Force

H. Pending

I. N/A

All Lawsuits Filed continued

A. Christopher Mansoori vs. Ms. Milly et. al    Case # 21-CV-06379

B. November 2021

C. Christopher Mansoori

D. Ms. Milly Law librarian and Jane Doe librarian

E Federal Court, Northern District, Eastern Division

F. Honorable Andrea Wood

G. Denying me access to the law library causing financial injury

H. Pending

I. N/A

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV.   Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Count 1

In March of 2020 I sent a letter to my cousin Mohsen Mansoori from Division 6, tier 1K, with proper postage. This outgoing mail from Cook County Jail was with held by the jail for 1.5 months. The stamp was removed, and written on the envelope was "postage required" "return to sender". The mail was returned to me opened, and where the stamp was, the remnant of adhesive from the stamp remained. John Doe mailroom staff removed the stamp to justify opening and reading the closed mailing. I still have the envelope for inspection and I seek redress for the violation.

Count 2

The same exact time I placed into the mail, the cited mailing in Count 1, I mailed my friend Josh Dreymann a mailing. The officer placed both mailings into outgoing mail simultaneously. It was approximately March 7, 2020. Josh did not recieve the mailing

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

until October of 2020. It took over 6 months to get to Josh. John Doe Mailroom staff with held and delayed the mailing.

Count 3

In the beginning of January 2021 I called Northwestern Memorial Hospital for hospital records to support a Motion for bond in the criminal cases I'm currently incarcerated for. The hospital diagnosed the bicuspid valve I was born with, and since I was around so many quarantined decks, I was seeking a bond due to my pre-existing condition and health. The hospital agreed to send medical release forms for my attorney, to me in the jail. The jail monitored the call and request of the health records. The date the motion for bond was scheduled to be heard was approximately January 24, 2021. I did not recieve the forms before the hearing. In fact, the second week of February 2021 I recieved the medical release forms inside of a Northwestern Memorial envelope, postmarked before the hearing date, and a proper address for me on it's cover, opened, inside of an envelope from the State's attorney office, postmarked after the hearing date. John Doe Mailroom staff intercepted

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

the hospital's mailing, to prevent me from including hospital records in the motion for bond, gave it to the state's attorney's office, and they mailed it to me in their envelope, closed, after the hearing was over. I have both envelopes, the postmarked envelope from the hospital, and the state's attorney's postmarked envelope, they placed the hospital's envelope inside of. I have remained with out bond the entire time. The state's attorney and John Doe mailroom staff violated me in a collective effort and I seek redress.

## Count 4

On May 20, 2021 in Division 4, tier M2, while I was in cell 205, C.O. Tisza brought me legal mail opened from the Illinois Court of Claims. It was 1pm. It was not opened in my presence, and written on the outside was "Let Legal papers." It was taped closed and passed out with regular mail. I requested the Seargant before I accepted the mail, the Seargant told Tisza to "write a grievance." John Doe Mailroom staff violated my rights pertaining to legal mail, to gather intelligence. I have the envelope as evidence.

## Count 5

On May 24 or May 25, 2021 Seargant Williams marked in the legal mail logbook for Division 4 that I was "not on the tier." Seargant Danbrowski showed me the (6/14/21) logbook when I asked him where my legal mail from George C. Pontikes is at? He informed me that since Seargant Williams wrote "not on tier" the mailing would be returned to sender. The mail was in regard to Mansoori vs. City of Chicago filed 2/15/20, and was extremely confidential. George C Pontikes and his secretary Heidi never recieved the mailing back. Also, I never left the deck on any occassion until I burned my hand in June of 2021, with hot water. The fact Seargant Williams wrote "not on tier" when I never left the deck, and

the sender never recieved the mail back is indicative that Seargant Williams used his authority to unlawfully block or intercept Legal mail of mine, in violation of my rights. Also, based on Seargant Williams conduct in the next count, it is reasonable to deduce that Seargant Williams read the Legal mail he intercepted, and acted further in the intelligence he unlawfully acquired. He also delayed the proceeding by intercepting the documents.

Count 6

On June 1, 2021, within a week of Count 5, Seargant Williams told my cellmate Jeron Stokes to pack it up. He said they were bringing another inmate into the cell. I told him, "it's not someone crazy is it? why are you picking my cell?" I immediately felt as though it was a set up. (I did not have knowledge of Count 5 until June 4 2021 though). Seargant Williams said, "no, he's not crazy." Cell 205 was in the corner, on the bottom deck, under the stairs, and the bottom deck had no cameras. Cell 205 was perfect for concealed activity. After Jeron Stokes left my cell, Seargant Williams and four other officers hauled an unknown inmate very aggressively into the cell. They instructed me to get back against the wall, and they placed the cuffed inmate face first at my feet. They manhandled the inmate after they uncuffed him, and kept him down by force. Officers had their shoulders against my shins and my heels were against the wall. I scooted around them to avoid being in the altercation. As they let the inmate stand up, I moved by the sink and doorway. Then Seargant Williams looked to me and said, "You're going to get that lawsuit you're looking for." The unknown inmate was upset about the abuse of the officers, and stood up saying "Wassup?" C.O. Ramirez then punched the inmate as hard as he could in the face, and all of the officers participated in beating the inmate. I stepped out of the cell, as I wanted no parts in the situation. Seargant Armadore was standing outside of the cell and he smiled

in my face and ordered me to go back in the cell. He pointed next to the toilet to stand. I was forced to watch them beat the inmate further. As they cuffed the inmate, after using their fists to beat him down, Seargant Williams looked me right in the face and said again, "You're going to get that lawsuit you're looking for alright," while he and the others carried the inmate back out and off the tier. It was approximately 2:30pm, and Seargant Williams brought that inmate to my cell only to beat him off of the camera and take him back out. Honestly, they tried to get me involved in the altercation, but I moved swiftly. At a bare minimum Seargant Williams and Seargant Armadore attempted to intimidate me, for various reasons, including the lawsuits I have. Seargant Williams learned of a lawsuit days before this incident as is described in Count 5. I include this act of intimidation, as it's motivation is the intelligence gathered through unlawful interference of my legal mail described in Count 5, and all acts were within a short time frame and deliberate. If Seargant Williams had not unlawfully learned of my lawsuit, he would not have attempted to intimidate me for it.

## Count 7

On August 26, 2021 I handed C.O. Garcia an envelope around 12:30pm while I was in my cell. The envelope contained approximately 35 handwritten pages for answers to the City of Chicago's attorney's interrogatories. It was addressed to George L. Pontikes and his law firm with proper postage, sealed. C.O. Garcia left the envelope in the bubble, but C.O. Cortez, the next shift in Division 9, promised to put it in outgoing mail. He assured me he did. By September 26, 2021 Mr. Pontikes never recieved the mailing, and he said the Post office did not have it in their system or have knowledge about the mailing. John Doe Mailroom staff intercepted the outgoing legal mail and blocked/delayed the proceeding

I ended up writing it all over again, by hand, and Mr. Pontikes came to the jail twice to pick it up. The first time he was denied entry. He was able to come to the jail and pick up the documents mid-October 2021. John Doe Mailroom staff took the mail and delayed the proceeding, causing my lawyer and I, to do triple the work. Mr. Pontikes never recieved the mailing.

## Count 8

On January 2, 2022 I was handed legal mail from George C. Pontikes, while I was on tier 2N in Division 6. The envelope was standard size, was opened all the way across, (not in my presence), and scotch taped closed. "Open in error," was written on the envelope. I had a Federal Deposition scheduled the next day January 3, 2022. The legal mail's content contained private and confidential information or correspondence that was violated by John Doe staff. Attorney client privilege is not respected by the jail. I have the envelope for evidence.

## Count 9

On January 25, 2022, approximately 4:00pm, right outside tier 2N, Division 6, three internal affairs officers brought legal mail, asking me if I was "expecting any legal mail?" I told them, "I don't know" they wouldn't let me see who it was from at first. I noticed the legal mail was already opened all the way across, and taped closed. I asked I.A. officer Rodriquez while his body camera was running, "why is the mail opened already?" He said, "I don't know the mailroom did it." As he opened the mailing already opened, I noticed Mr. Pontikes's unique paper and letter head. I immediately told them I recognize it's from my lawyer. They acted as if my lawyer's unique paper had drugs on it, kept the envelope it came in, kept the pre-stamped envelope Mr. Pontikes provided to send back documents, didn't let me look at the papers, then left + copies

of the pages they claimed were in the envelope for the tier officer, Wordlaw, to pass to me. They deliberately with held the pre-stamped envelope, to send back the release forms, for tax returns, the City of Chicago requested, during the Federal Deposition held on January 3, 2022. I was unaware that was what the content in the envelope contained. The mailroom opened this mail not in my presence, violating the privacy of the proceeding (Federal) and the communications between my lawyer and I related to. Furthermore, one of the three Internal Affairs officers took the means to send back those filled out documents, by with holding the pre-stamped envelope, directly interfering and delaying the Federal process, while simultaneously keeping the communications between my lawyer and I, mailed in confidence, for themselves, giving me a copy of the correspondence. They viewed what Mr. Pontikes wrote to me before I read it, and gave me a copy of what they chose to give. I.A. officer Rodriguez is a witness to the event, possibly even a participant, but two other I.A officers were involved and they are John Doe's to me. I name the John Doe participants as Defendants, and I highlight officer Rodriguez and both John Doe officers had body cameras running simultaneously, for a potential subpoena. The Legal mail was opened and viewed before it was even brought to me, as the body cam conversation will indicate. John Doe mailroom staff, and John Doe Internal Affairs officers violated my rights pertaining to legal mail and breached attorney client privilege, and interfered with an ongoing Federal proceeding. They also harassed me.

Count 10
Approximately January 5, 2022 I wrote a letter again to my friend Josh Dreymann, who is a witness in the Federal proceeding referenced above, against

The City of Chicago, and has since testified, in that proceeding. It is now the middle of March 2022 and Josh has still never recieved the mailing sent to him over seventy days ago. John Doe Mailroom staff has blocked my outgoing mail.

## Count 11

On January 21, 2022 I gave C.O. Tillery a motion for substitution of Judge, for the criminal cases I'm incarcerated for, in an envelope, addressed to the clerk of the court at 2650 S. California, Chicago IL 60608, with proper postage. I can see the building where the mailing was intended, from my cell. It is 300 feet away. Of course the mail goes elsewhere before it goes to the clerk (It doesn't go directly), but the clerk did not recieve it until February 16, 2022, twenty seven days later. The clerk mailed it back to me, postmarked the Feb. 18, and it went through the jail screening and was handed to me February 26, 2022 within ten days. The jail staff delayed the motion mailed to the clerk (outgoing) for over three weeks. This damages my legal position by causing delay. John Doe mailroom staff deliberately with held my outgoing mail. Even if this is caused by negligence, I can prove through multiple mailings, around the same time period, the United States postal service was moving faster than that, at that time.

## Count 12

On February 24, 2022 at 9:42pm on tier 2N, Division 6, cell 19, C.O. ABDELHADI brought me Legal mail from the court of claims, which contained two correspondence about two lawsuits I have against the state of Illinois. Case #'s 2022-CC-0128 and 2022-CC-0219. ABDELHADI said, "I found this in the Seargant's office." The Legal mail was opened all

the way across, partially taped closed, and was wet as if someone sat their cup on the documents. John Doe staff violated my rights and inspected my legal mail not in my presence and left it around for beverages to spill on it. They have gathered a lot of intelligence violating my legal mail. C.O. ABDELHADI said he is a witness my mail has been violated. The mail was from the commissioner on the cases.

## Count 13

When the motion for substitution of Judge was sent back to me by the Clerk of the court on February 28, 2022 at 1:15 pm on 2N, Division 6, as described in Count 11, Seargant (who I was told was) Franzo brought it to me opened. When he asked me to open it, I told him, "It's already opened, why?" He said, "I dunno the mailroom." It was opened all the way across the top and taped closed, "staple" was written on the cover of the envelope. John Doe Mailroom staff read the contents of my legal mail to gather intelligence in violation of my rights. On March 11, 2022 when I went to argue or hear the motion to substitute Judge, which Jail staff read about, the sheriffs blocked me from going to the court to conduct the argument. I didn't go to zoom or in person. In another complaint I will assert multiple claims for denying me access to the court, but I only raise the issue now to give weight to the content of the mail John Doe staff unlawfully opened and read, gathering intelligence. They used that intelligence to violate me further, this count is only related to the mail violated and it's content, used as a basis for an act to come. The legal mail was opened before it was brought to me and taped closed.

## Count 14

Before I had a $25,000 check mailed to me in the jail, from a settlement, I asked

Counselor Hinojosa how it works and if it's possible. She told me three times it was acceptable and that it'd take at least a week for the $25K check to clear. She also said she couldn't handle the check, that I'd have to give it to a sheriff to pass to trust. On January 26, 2022 Baker and Enright mailed me the check. The jail gave it to me February 9, 2022. I held it until the morning, on February 10 2022, I began what all of the staff told me was the process. I gave the check to Lt. Vanegas, who checked with Searguant Corter, who communicated with Superintendent Mccray. I handed the check to Vanegas at 9:30am, he said, "The superintendent said you have to sign it for them (Trust) to process it." I told him, "are you sure?" He said, "yes." I signed it and handed it over to go with the superintendent. Vanegas said, "The superintendent said she is personally going to take care of the check, but she wants the envelope it came in." I gave it to him.

Two weeks went by and my Trust Fund balance still said $0.00. On February 25, 2022 at 7:30am Director of Trust (Business)/inmate welfare O'Brien, sent an email to Counselor Hinojosa, when she asked where was the money, O'Brien replied, "We cannot accept this check, we only accept cashier's checks up to $1,000. This check has been mailed back to his attorney Baker and Enright with instructions, how to send his funds." Four people called Director O'Brien asking when did he send the check back? I saw the superintendent and asked her, I also asked another Director to inquire. Director O'Brien did not answer anyone's inquiry as to when the check was sent back or if he sent it himself. There is no reply. Baker and Enright is not my attorney, they were the Defendant's counsel, I was my own lawyer. The jail had me sign a check and mislead me, now the check is missing. By March 13, 2022 Baker and Enright still had not recieved the check and Director O'Brien responded to no one else's questions. The jail

11/11

ended up mailing the check out March 10th or 11th 2022. Baker and Enright recieved the check back on March 15, 2022. On March 16, 2022 Patrick Vizino of Baker and Enright and I spoke over the phone. Patrick said, "What I find interesting is the envelope is postmarked March 11, 2022." On March 10, 2022 after waiting a full month, I told Patrick to have his client void the check and issue a new one. The jail monitors the calls, they waited until the check was voided to place it in the mail. The issuing party put a stop payment March 10 and superintendent Mccray and/or Director O'Brien deposited it into the mail after that. They held the check for twenty-nine days before sending it back, but stated in an email February 25, 2022 "(This has been sent back)" as if it was already sent. I have a copy of the email by the Director. (33 days to get back to sender) The Defendants with held the check to negatively impact me financially and legally. My criminal defense has been delayed, and I am in the middle of Federal rulings/proceedings filings that require payment of fees to proceed. I have to wait weeks for a new check to be issued. The Defendants Knowingly sabotaged causing me different forms of damages and delaying everything by at least two months. I do not have a criminal Defense attorney at this time, due to insufficient funds.

<u>Count 15</u>

In January of 2022 I asked my lawyer's secretary to send me legal information because the law library has repeatedly ignored requests. She sent me two envelopes marked 1 of 2 and 2 of 2 from the law firm. In mid February I.A. officer Rodriguez brought envelope 1 of 2 and opened it while his bodycam was running. I asked him to please find and bring 2 of 2. It was never located or brought to me. Two months have passed since it was mailed. Inside was case law pertaining to Judge Walsh's indiscretions, rulings by higher courts. People vs. Donald Jordan, People vs. James Gibson, People vs. Hood, and Kyle vs. Whitley (Discovery violation) were included. John Doe Mailroom staff intercepted the legal mailing, blocking me from information, that the law library also won't provide. They're violating me, cutting every corner to keep me in the dark. John Doe withheld my legal mail.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V. Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I seek 2 million dollars in relief for all counts and violations articulated.

$2,000,000 = Total
I also seek a Federal order or injunction instructing the Jail to stop retaliating and to stop violating my mail and my rights.

**VI.** The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

**CERTIFICATION**

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 21st day of March , 20 22

Christopher Mansoori
(Signature of plaintiff or plaintiffs)

Christopher Mansoori
(Print name)

2-0191007199
(I.D. Number)
Division 6-2N

2700 S. California

Chicago, IL 60608
(Address)

Revised 9/2007
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Christopher Mansoori
20141007189
Division 6-2N
P.O. Box 089002
Chicago IL 60608

RECEIVED
2022 MAR 29. AM 8: 57

03/29/2022-5

1:22-cv-01636
Wood / Gilbert
PC 2
DIRECT

1:22-cv-01635
Wood / Gilbert
PC 2
DIRECT

2 of 3

1:22-cv-01634
Wood / Gilbert
PC 2
DIRECT

Prisoner Correspondent
United States District Court
219 S. Dearborn Street, 20th Floor
Chicago IL 60604

















