# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Christopher James Mansoori

                  Plaintiff,

v.                                                   Case No.: 1:22−cv−01635

                                                           Honorable Andrea R. Wood

Williams, et al.

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 26, 2022:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: This matter has been referred to Magistrate Judge Gilbert for the purpose of settlement. A telephonic status hearing is set for 11/18/22 at 10:15 a.m.The toll−free call−in number and access code for the telephone conference is as follows: Dial: 877−336−1829 Access Code: 1022195. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.