## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Christopher James Mansoori

                        Plaintiff,

v.                                                     Case No.: 1:22−cv−01635

                                                                      Honorable Andrea R. Wood

Williams, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 18, 2022:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Telephone status hearing held on 11/18/22. The settlement conference set for 12/5/22 at 9:30 a.m. will proceed as scheduled but within the context discussed during today's status hearing as a combined status and settlement conference. The Court will arrange for Mr. Mansoori to appear by video for the hearing. Counsel of record will receive an email invitation prior to the start of the video hearing with instructions to join the video conference. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. If, prior to the next hearing Plaintiff is in a position to respond to Defendants' settlement offer, he shall do so, with a copy delivered to the Court via the Court's settlement correspondence email at Settlement_Correspondence_Gilbert@ilnd.uscour ts.gov. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.