## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Christopher James Mansoori

                           Plaintiff,

v.                                                   Case No.: 1:22−cv−01635

                                                          Honorable Andrea R. Wood

Williams, et al.

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 5, 2022:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Status and settlement conference held 12/5/22. The parties and the Court engaged in a full and frank discussion concerning the possibility of settlement, and all agree that settlement is not a realistic possibility at this time. The Court will set a date in a future order for a Rule 16 conference, at which the Court and the parties can address a discovery and case management schedule in this case and in coordination with other cases Mr. Mansoori has filed in the Northern District of Illinois arising out of his confinement at the Cook County Jail, once all those cases have been referred to this Magistrate Judge for discovery supervision, which the Court understands will occur shortly. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.