IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER MANSOORI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 22 CV 1635 |
| | ) | |
| | ) | Judge Lindsay C. Jenkins |
| Sergeant Aaron Williams, | ) | Magistrate Judge Jeffrey T. Gilbert |
| | ) | |
| | ) | |
| Defendant. | ) | |

**ALL CASE DISCOVERY MANAGEMENT ORDER**

The Court has reviewed the parties' joint status report filed individually in all cases (including as ECF No. 120 in Case No. 17-CV-8846), and hereby adopts the parties' agreed upon discovery schedules in each of the individually listed cases as set forth below with some modification. This schedule will be entered separately in each individual case[1]:

**2017-CV-8846**
**Christopher Mansoori v. Superintendent Brown and Commander Garcia**

Discovery in this matter is stayed in this matter until February 10, 2023 when Defendants will have answered Plaintiff's Complaint. The Parties shall submit a joint proposed discovery schedule on or before March 10, 2023. If Defendants do not or cannot file their answer by February 10, 2023, then the parties will need to file a motion to modify this schedule.

**2021-CV-6242**
**Christopher Mansoori v. C.O. Smith**

Discovery in this matter is stayed in this matter until Defendants are named and served in this case. Within 14 days of the date any Defendant has answered or otherwise pled to Plaintiff's operative complaint, the parties shall submit a joint proposed discovery schedule. The parties shall file a joint status report in this case on or before April 20, 2023.

**2022-CV-1635**
**Christopher Mansoori v. Sergeant Aaron Williams**

---

[1] The Parties agreed to and amended written discovery deadline dates in certain cases to allow all Parties to all matters time to review discovery and orders from the Court. The Court also has modified certain language proposed by the parties in their proposed order submitted separately to the Court for entry and set dates for the filing of updated joint status reports in most cases that were not proposed by the parties.

Written fact discovery requests are to be issued by April 5, 2023; Fact discovery is to be completed by December 7, 2023. Expert discovery schedule to be set after the close of fact discovery, if necessary. Dispositive motions deadlines will be set a later date, if necessary. The parties shall file a joint status report on their progress with written discovery by May 15, 2023.

### 2022-CV-2471
### Christopher Mansoori v. Christopher Stadnicki, PA-C

Written fact discovery requests are to be issued by April 5, 2023; Fact discovery is to be completed by December 7, 2023. Expert discovery schedule to be set after the close of fact discovery, if necessary. Dispositive motions deadlines will be set a later date, if necessary. The parties shall file a joint status report on their progress with written and/or any oral discovery by May 15, 2023.

### 2021-CV-5881
### Christopher Mansoori v. C.O. Kimberly Squires, et. al.

The Court will allow limited discovery on the issue of exhaustion (*Pavey*). Written discovery requests are to be issued by March 30, 2023. Fact discovery on the limited issue of exhaustion is to be completed by June 22, 2023. Dispositive Motion deadlines for Summary Judgment on the limited issue of exhaustion will be set at a later date by the Court after the close of limited fact discovery. The parties shall file a joint status report on their progress with written and/or any oral discovery by May 15, 2023.

### 2021-CV-6173
### Christopher Mansoori v. Director James Morrison

Written fact discovery requests are to be issued by March 16, 2023. Fact discovery is to be completed by November 2, 2023. Expert discovery schedule to be set after the close of fact discovery, if necessary. Dispositive motions deadlines will be set a later date, if necessary. The parties shall file a joint status report on their progress with written and/or any oral discovery by April 30, 2023.

### 2021-CV-6379
### Christopher Mansoori v. Mellicent Ear ("Ms. Milly")

Written fact discovery requests are to be issued by March 16, 2023. Fact discovery is to be completed by November 2, 2023. Expert discovery schedule to be set after the close of fact discovery, if necessary. Dispositive motions deadlines will be set a later date, if necessary. The parties shall file a joint status report on their progress with written and/or any oral discovery by April 30, 2023.

### 2022-CV-1632
### Christopher Mansoori v. Christopher Stadnicki, PA-C

Written fact discovery requests are to be issued by March 16, 2023. Fact discovery is to be completed by November 2, 2023. Expert discovery schedule to be set after the close of fact discovery, if necessary. Dispositive motions deadlines will be set a later date, if necessary.

### 2022-CV-1634
### Christopher Mansoori v. Jovante Thomas ("J.T.")

The Court will allow limited discovery on the issue of exhaustion (*Pavey*). Written discovery requests are to be issued by March 30, 2023, Fact discovery on the limited issue of exhaustion is to be completed by June 29, 2023. Dispositive Motion deadlines for Summary Judgment on the limited issue of exhaustion will be set at a later date after the close of discovery. The parties shall file a joint status report on their progress with written and/or any oral discovery by May 15, 2023.

### 2022-CV-1638
### Christopher Mansoori v. Sheriff Dart

Discovery in this matter is stayed in this matter until Defendants are named and served in this case. Within 14 days of the date any Defendant has answered or otherwise pled to Plaintiff's operative complaint, the parties shall submit a joint proposed discovery schedule. The parties shall file a joint status report in this case on or before April 20, 2023.

### 2022-CV-1641
### Christopher Mansoori v. Lieutenant Delitz

Discovery in this matter is stayed in this matter until Defendants are named and served in this case. Within 14 days of the date any Defendant has answered or otherwise pled to Plaintiff's operative complaint, the parties shall submit a joint proposed discovery schedule. The parties shall file a joint status report in this case on or before April 20, 2023.

### 2022-CV-1642
### Christopher Mansoori v. Sergeant Amador, et. al.

Written fact discovery requests are to be issued by March 2, 2023. Fact discovery is to be completed by November 2, 2023. Expert discovery schedule to be after the close of fact discovery, if necessary. Dispositive motions deadlines will be set a later date, if necessary. The parties shall file a joint status report on their progress with written discovery by April 20, 2023.

### 2022-CV-2469
### Christopher Mansoori v. C.O. Larkin, et. al.

The Court will allow limited discovery on the issue of exhaustion (*Pavey*). Written discovery requests are to be issued by March 30, 2023. Fact discovery on the limited issue of exhaustion is

to be completed by June 29, 2023. Dispositive Motion deadlines for Summary Judgment on the limited issue of exhaustion will be set by the Court after the close of discovery. The parties shall file a joint status report on their progress with written and/or any oral discovery by May 15, 2023.

### 2022-CV-2470
### Christopher Mansoori v. Dr. Montgomery, et. al.

The Court will allow limited discovery on the issue of exhaustion (*Pavey*). Written discovery requests are to be issued by March 30, 2023. Fact discovery on the limited issue of exhaustion is to be completed by June 29, 2023. Dispositive Motion deadlines for Summary Judgment on the limited issue of exhaustion will be set by the Court after the close of discovery. The parties shall file a joint status report on their progress with written and/or any oral discovery by May 15, 2023.

### 2022-CV-3484
### Christopher Mansoori v. C.O. Patel

The Court will allow limited discovery on the issue of exhaustion (*Pavey*). Written discovery requests are to be issued by March 30, 2023. Fact discovery on the limited issue of exhaustion is to be completed by June 29, 2023. Dispositive Motion deadlines for Summary Judgment on the limited issue of exhaustion will be set by the Court after the close of discovery. The parties shall file a joint status report on their progress with written and/or any oral discovery by May 15, 2023.

### 2022-CV-3835
### Christopher Mansoori v. Ms. Pickens and Ms. Vanco

Written fact discovery requests are to be issued by April 5, 2023. Fact discovery is to be completed by December 7, 2023. Expert discovery schedule to be set after the close of fact discovery, if necessary. Dispositive motions deadlines will be set a later date, if necessary. The parties shall file a joint status report on their progress with written and/or any oral discovery by May 15, 2023.

This Order shall take effect when entered and shall be binding upon all counsel of record and their law firms, all parties, and persons made subject to this Order by its terms.

It is so ordered.

Dated: 3/1/2023

U.S. Magistrate Judge
Jeffrey T. Gilbert