# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER MANSOORI, | ) | |
| | ) | |
| Plaintiff, | ) | 22 CV 1635 |
| | ) | |
| v. | ) | Judge Lindsay C. Jenkins |
| | ) | |
| Sergeant Williams, et al., | ) | |
| | ) | Magistrate Judge Jeffrey T. Gilbert |
| | ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT

Defendant, Sergeant Aaron Williams, by his attorney KIMBERLY M. FOXX, State's Attorney of Cook County, through her Assistant State's Attorney's, Jorie Johnson and Joel Zeid, and Plaintiff Christopher Mansoori, file this Joint Status Report pursuant to the All-Case Discovery Management Order (Dkt. 24.) as follows:

### I. Status of Discovery

The Parties have propounded written Discovery. The Parties are currently reviewing written discovery answers and determining if further written discovery or conference is needed. The Parties recently met via video conference on zoom for a recurring bi-weekly discovery discussion. Another conference is scheduled for May 19, 2023. Defendant's Motion to Dismiss is presently fully briefed and awaiting a ruling from the Court. The Parties are planning to work together to arrange depositions in the next 2 months.

Respectfully submitted,

KIMBERLY M. FOXX
State's Attorney of Cook County

By: */s/ Jorie R. Johnson*
Jorie R. Johnson
Joel Zeid
Assistant State's Attorneys
Civil Rights/Torts Litigation
500 Richard J. Daley Center
Chicago, Illinois 60602
(312) 603-7930

**CERTIFICATE OF SERVICE**

I, Jorie R. Johnson hereby certify that on May 13, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois Eastern Division by using the CM/ECF system. I certify that in accordance with Fed. R. Civ. P. and LR 5.5 and the General Order on Electronic Case Filing (ECF), the foregoing document was served upon Plaintiff via Certified U.S. Mail on May 15, 2023 at the below address:

Christopher Mansoori
20191007189
Cook County Jail
2700 S. California
Chicago, IL 60602

*/s/ Jorie Johnson*
Jorie Johnson