UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Christopher James Mansoori

                      Plaintiff,

v.                                       Case No.: 1:22–cv–01635
                                                     Honorable Lindsay C. Jenkins

Williams, et al.

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 24, 2023:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: The Court has reviewed the parties' Joint Status Report filed [35] and as usual finds it to be very informative and complete. In–person status hearing set for 9/6/23 at 10:30 a.m. in Courtroom 1386. The Court will arrange for Mr. Mansoori to participate by telephone. The Court intends to set many of the dates the parties have proposed, to address one or two dates about which the Court has questions, and to address Plaintiff's request to take depositions by written questions in several cases, presumably pursuant to Federal Rule of Civil Procedure 31, and Defendants' objection to Plaintiff's request. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.