IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER MANSOORI ) | |
| ) | Case No. 22-cv-1635 |
| Plaintiff, ) | |
| ) | Magistrate Judge Jeffrey T. Gilbert |
| v. ) | |
| ) | |
| SERGEANT WILLIAMS, et al., ) | |
| ) | |
| Defendants. ) | |

## CORRECTED JOINT STATUS REPORT

Plaintiff, Christopher Mansoori ("Plaintiff"), Pro Se and Defendant Sergeant Williams, by his attorneys Jason E. DeVore and Troy S. Radunsky of DeVore Radunsky LLC in relation to this Court's order (Dkt. 34.) submit the following Joint Status Report regarding status of discovery:

### Summary and Background

Plaintiff recently terminated his attorney and is proceeding in this matter pro se. This Court denied Defendant's motion Motion to Dismiss on May 20, 2023. Defendant filed his answer on June 13, 2023.

### Discovery Status and Deadlines

Fact discovery is scheduled to close on December 7, 2023. As discussed below, based upon the new incoming counsel for Defendant, the status of written discovery, the number of depositions to be taken, the extremely high, settlement demand received on October 24, 2023, and ongoing discovery in 14 other pending cases filed by plaintiff (and 7 resolved cases) it would be prudent to extend the close of fact discovery until May 31, 2024.

Both parties have answered interrogatories. Defendant's counsel has advised plaintiff that defendant is working diligently to respond to request to produce and the potential need for

#387574v1

extending the fact discovery deadline was discussed in the parties' August 11, 2023 Joint Status Report. Dkt #35.

On September 19, 2023, the law firm DeVore Radunsky appeared as new counsel of record for Defendant Williams. Three days later, on September 22, 2023 the parties participated in a discovery status conference and discussed the prospect of settlement. On October 19, 2023, the parties participated in a discovery status conference. During the October 19 conference the parties briefly discussed plaintiff's termination of his private attorney. Plaintiff requested a logbook regarding legal mail delivery; however, this document is not in the possession or control of Defendant Williams.

During the October 19, 2023, discovery conference, the parties had a meet and confer regarding the Rule 30 and 31 issues outlined in this Court's September 6, 2023, Order. After further discussion and explanation of the process by four defense counsels participating in the conference, Plaintiff confirmed that he now understands the need to, as well as explicitly agrees to "pay the court reporter's time for attending the deposition and for any transcript he may order pursuant to Rule 31," as well as for the witness's time in reading the questions. No dispute regarding these issues remains for the court to resolve.

## Depositions

The following witnesses are expected to be deposed in this matter, based upon information reviewed to date:

- Plaintiff
- Defendant Sgt. Williams
- Ofc. M. Miskell
- Sgt. Dabrowski
- Several unidentified Cook County Sheriff's Correctional Officers
- Several unidentified Cook County medical personnel

#387574v1

**Settlement Discussions**

On October 24, 2023, Defendant's counsel learned that plaintiff has now demanded $7,450,000 to resolve nine cases, including this case. Settlement does not appear to be viable at this time.

>Respectfully Submitted,
>
>DeVore Radunsky LLC
>
>By: */s/ Jason E. DeVore*\_\_\_\_\_
>Jason E. DeVore
>ARDC# 6242782
>Special Assistant State's Attorney for Defendant Williams
>230 W. Monroe, Ste 230
>Chicago, IL 60606
>312-300-4479
>Email: jdevore@devoreradunksy.com

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that the above **CORRECTED JOINT STATUS REPORT**, was filed on **October 25, 2023**, with the Northern District of Illinois ECF System, serving a copy on all parties.

>*/s/ Zachary G. Stillman*_____

#387574v1