THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Christopher Mansoori, | ) | |
| | ) | |
| Plaintiff, | ) | 22 C 1635 |
| | ) | |
| v. | ) | Judge Lindsay C. Jenkins |
| | ) | |
| Sgt. Williams. | ) | Magistrate Jeffery T. Gilbert |
| | ) | |
| Defendant. | ) | |

## ALL CASE JOINT STATUS REPORT

The Plaintiff, Christopher Mansoori ("Plaintiff"), Pro Se and Defendants, by their respective attorneys, KIMBERLY M. FOXX, State's Attorney of Cook County, through her respective Assistant State's Attorney's, Jorie R. Johnson, Joel Zeid, and Miguel Larios; Special State's Attorney's, Jason Devore, Troy Radunsky, and Zach Stillman from DEVORE RADUNSKY LLC; and Special State's Attorney's, William B. Oberts, and Kevin C. Kirk from Tribler, Orpett, & Meyer P. C., in compliance with the Court's order (Dkt. 44.) submit the following Joint Status Report regarding Status with Discovery:

### Executive Summary

Defendants group Plaintiff's pending cases together in four categories, discussed more fully below, for the purpose of Status:

A) Three Cases with outstanding discovery propounded by the Defendants.

B) One Cases where Motions are currently pending with District Court Judge Jenkins that effect how discovery shall proceed in these matters.

C) Six cases proceeded with exhaustion-based discovery because Defendants raised the affirmative defense that Plaintiff failed to exhaust administrative remedies prior to

1

filing suit. These cases currently need briefing schedules for Motions for Summary Judgment on the limited issue of Exhaustion to be set.

D) Five cases that are proceeding with merits-based discovery.

## Cases with Outstanding Discovery that was Propounded by Defendants.

The Parties have identified the following three cases below, where currently Plaintiff has either recently served named Defendant(s) or a Defendant is awaiting service. As such, the Parties respectfully request that discovery schedules be set for cases with newly served Defendants after they have had the opportunity to respond to the operative Compliant.

| Case name | Case Number | Defendants | Discovery Propounded by Defendants on |
|---|---|---|---|
| Christopher Mansoori v. Ofc. Smith, et al. | 21-cv-6242 | Denzel Smith Sergeant Ramzey Haddad | October 2, 2023 |
| Christopher Mansoori v. Sheriff Dart, et al. | 2022-CV-1638 | Defendant Sheriff Dart and Alesia Hines | October 10, 2023 |
| Christopher Mansoori v. Stadnicki | 2022 -CV- 1632 | Christopher Stadnicki Kirsten Bain | October 10, 2023 |

## 2021-CV-6242
## Christopher Mansoori v. C.O. Smith

**I.** **Status of Discovery.**

    **a.** Defendants C.O. Denzel Smith and Sergeant Ramzey Haddad propounded discovery on October 2, 2023. Plaintiff had not responded to Defendants propounded written discovery. Defendants had a 37.2 conference with Plaintiff on December 12, 2023 and discussed these deficiencies in discovery with Plaintiff.[1]

    **b.** Defendants granted Plaintiff an additional 21 days to respond to Defendants previously propounded discovery from the date of the December 12, 2023, discovery conference pursuant to Local Rule 37.2.

---

[1] As of December 14, 2023, Defendants received a mailing with Plaintiff's ROGs and RFP responses but have not reviewed to determine if there are deficiencies in the provided answers.

    c.    Defendants filed a status report in this matter on December 11, 2023 and relayed this information to Plaintiff, as well as the contents of the status report. At this time neither party anticipates disclosing Rule 26(a)(2) experts but reserves the right to amend this schedule at the close of fact discovery if it is determined by either party that expert discovery will be needed for this matter. Expert discovery schedule to be set after the close of fact discovery, if necessary.

## II.     <u>Status on other Matters.</u>

    a.    The Parties propose dispositive motions deadlines be set at later date, after the close of discovery.

    b.    The Parties propose that they file a joint status report on their progress with written and/or any oral discovery by February 20, 2024.

    c.    Plaintiff notes that the wrong Defendant was named and served in this case. Plaintiff identified Defendant Ofc. D. Smith, but believes this to be the incorrect Defendant that was involved in the incident from November 15, 2019 as the "unknown Ofc. Smith". Plaintiff may wish to seek leave to identify the correct Officer Smith and leave to file another amended complaint in this matter.

<u>2022-CV-1638</u>
<u>Christopher Mansoori v. Sheriff Dart</u>

## III.     <u>Status of Discovery.</u>

    a.    Defendants Sheriff Dart and Alesia Hines propounded discovery on October 10, 2023. Plaintiff has not responded to Defendants propounded written discovery. Defendants had a 37.2 conference with Plaintiff on December 12, 2023 and discussed these deficiencies in discovery with Plaintiff.

    b.    Defendants granted Plaintiff an additional 28 days to respond to Defendants previously propounded discovery from the date of the December 12, 2023, discovery conference pursuant to Local Rule 37.2.

    c.    Defendants filed a status report in this matter on December 11, 2023 and relayed this information to Plaintiff, as well as the contents of the status report.

## IV.     <u>Status on other Matters.</u>

    a.    The Parties propose dispositive motions deadlines be set at later date, after the close of discovery.

    b.    The Parties propose that they file a joint status report on their progress with written and/or any oral discovery by February 20, 2024.

    **c.** There is a pending Motion to dismiss being briefed  between the Plaintiff and Defendant Alesia Hines, that was discussed in the status report filed before the Court on December 11, 2023.

    **d.** Defendants plan to start setting deposition dates in early 2024.

## Christopher Mansoori v. Christopher Stadnicki, et al.
## 22 – CV-1632

**I.**   **Status of Discovery.**

    **a.** Defendants Christoher Stadnicki and Kristen Bain propounded discovery on October 2, 2023. Plaintiff has not responded to Defendants propounded written discovery. Defendants had a 37.2 conference with Plaintiff on December 12, 2023 and discussed these deficiencies in discovery with Plaintiff.

    **b.** Defendants granted Plaintiff an additional 28 days to respond to Defendants previously propounded discovery from the date of the December 12, 2023, discovery conference pursuant to Local Rule 37.2.

    **c.** Plaintiff stated at conference that he believed these were already previously responded to in October of 2023. Plaintiff intends to reproduce responses to Defendants.

    **d.** Defendants filed a status report in this matter on December 11, 2023 and relayed this information to Plaintiff, as well as the contents of the status report.

**II.**   **Status on other Matters.**

    **a.** The Parties propose dispositive motions deadlines be set at later date, after the close of discovery.

    **b.** The Parties propose that they file a joint status report on their progress with written and/or any oral discovery by February 20, 2024.

## Cases Currently Pending Before the Court,  Where Motions to Dismiss Were Recently Ruled on by The Court or  Were Motions to Dismiss Were Recently Filed.

The Parties have identified the following three cases below, where currently a fully briefed Motion to Dismiss was ruled on by the Court or Defendants recently filed a Motion to Dismiss.

| **Case name** | **Case Number** | **Motion** |
| --- | --- | --- |

| Christopher Mansoori v. Ms. Pickens and Ms. Vanco | 2022 -CV- 3485 | Plaintiff's Motion for Leave to File a Third Amended Complaint |
|---|---|---|

## 2022-CV-3835
## Christopher Mansoori v. Ms. Pickens and Ms. Vanco

**I.**   **Status on Discovery**

    a.  On December 11, 2023, the Court granted Defendants' motion to stay discovery. There is currently no pending discovery in this case as there is no operative Complaint as Plaintiff's Motion for Leave to File a Third Amended Complaint is currently being briefed.

    b.  Once this motion is ruled on within 14 days the parties will send a new proposed discovery to this Court in a joint status report.

**A.**   **Cases Regarding Plaintiff's Failure to Exhaust his Administrative Remedies**

Defendants identified the below five cases where Plaintiff failed to exhaust his administrative remedies. As such, Defendants proceeded with discovery for the limited purpose on the issue of exhaustion in these cases prior to any discovery taken for any issues on the merits. Exhaustion Discovery has now concluded in all these matters and the parties request that the Court enter the following briefing schedules for dispositive motions on the limited issue of exhaustion in the below matters, reserving merit-based discovery if the case remains unresolved after ruling on the dispositive motion on the limited issue of exhaustion of administrative remedies.

| **Case name** | **Case Number** | **Defendant(s)** |
|---|---|---|
| Christopher Mansoori v. Correctional Officer Squires, et al. | 2021-CV-5881 | Correctional Officer Kimberly Squires, Lieutenant James Holmes, Lieutenant Damita Delitz, Correctional Officer William Mintah, and Assistant Executive Director Erica Queen |

| Christopher Mansoori v. Jovante Thomas ("JT") | 2022-CV-1634 | Jovante Thomas ("JT") |
|---|---|---|
| Christopher Mansoori v. Correctional Officer Larkin | 2022-CV-2469 | Correctional Officer Larkin |
| Christopher Mansoori v. Dr. Montgomery | 2022-CV-2470 | Dr. Montgomery |
| Christopher Mansoori v. Correctional Officer Patel | 2022- CV- 3484 | Correctional Officer Patel |
| Christopher Mansoori v. Christopher Stadnicki | 2022- CV- 2471 | Christopher Stadnicki – PA-C |

**2021-CV-5881**
**Christopher Mansoori v. C.O. Kimberly Squires, et. al.**

I.   Discovery closed on December 15, 2023 on the limited issue of exhaustion.

II.  The parties request the below dispositive motion briefing schedule be entered by this Court on the limited issue of exhaustion:

| **Deadline to file Dispositive Motion to be filed by Defendant(s)** | **Deadline for Plaintiff to Respond to Dispositive Motion** | **Deadline for Defendant(s) to Reply** | **Status Report Due Post Motion** |
|---|---|---|---|
| January 23, 2024 | February 27, 2024 | March 19, 2024 | March 29, 2024 |

**2022-CV-1634**
**Christopher Mansoori v. Jovante Thomas ("J.T.")**

I.   On November 3, 2023, the Court previously entered a briefing schedule for the dispositive motion on the limited issue of exhaustion.

II.    Defendants filed their dispositive motion on the limited issue of exhaustion on December 5, 2023.

| **Deadline to file Dispositive Motion to be filed by Defendant(s)** | **Deadline for Plaintiff to Respond to Dispositive Motion** | **Deadline for Defendant(s) to Reply** | **Status Report Due Post Motion** |
|---|---|---|---|
| December 5, 2023 | January 5, 2024 | January 19, 2024 | February 6, 2024 |

## 2022-CV-2469
## Christopher Mansoori v. C.O. Larkin, et. al.

I.     Discovery closed on November 15, 2023 on the limited issue of exhaustion.

II.    The parties request the below dispositive motion briefing schedule be entered by this Court on the limited issue of exhaustion:

| **Deadline to file Dispositive Motion to be filed by Defendant(s)** | **Deadline for Plaintiff to Respond to Dispositive Motion** | **Deadline for Defendant(s) to Reply** | **Status Report Due Post Motion** |
|---|---|---|---|
| January 30, 2024 | March 5, 2024 | March 26, 2024 | March 29, 2024 |

## 2022-CV-2470
## Christopher Mansoori v. Dr. Montgomery, et. al.

I.     Discovery closed on November 15, 2023 on the limited issue of exhaustion.

II.    The parties request the below dispositive motion briefing schedule be entered by this Court on the limited issue of exhaustion:

| **Deadline to file Dispositive Motion to be filed by Defendant(s)** | **Deadline for Plaintiff to Respond to Dispositive Motion** | **Deadline for Defendant(s) to Reply** | **Status Report Due Post Motion** |
|---|---|---|---|
| January 23, 2024 | March 5 , 2024 | March 19, 2024 | March 29, 2024 |

## 2022-CV-2471
## Christopher Mansoori v.
## Christopher Stadnicki

I.  Discovery closed on November 15, 2023 on the limited issue of exhaustion.

II. The parties request the below dispositive motion briefing schedule be entered by this Court on the limited issue of exhaustion:

| **Deadline to file Dispositive Motion to be filed by Defendant(s)** | **Deadline for Plaintiff to Respond to Dispositive Motion** | **Deadline for Defendant(s) to Reply** | **Status Report Due Post Motion** |
|---|---|---|---|
| January 23, 2024 | February 27, 2024 | March 19, 2024 | March 29, 2024 |

## 2022-CV-3484
## Christopher Mansoori v. C.O. Patel

I.  Discovery closed on December 15, 2023 on the limited issue of exhaustion.

II. The parties request the below dispositive motion briefing schedule be entered by this Court on the limited issue of exhaustion:

| **Deadline to file Dispositive Motion to be filed by Defendant(s)** | **Deadline for Plaintiff to Respond to Dispositive Motion** | **Deadline for Defendant(s) to Reply** | **Status Report Due Post Motion** |
|---|---|---|---|

| January 30, 2024 | March 5, 2024 | March 26, 2024 | March 29, 2024 |
|---|---|---|---|

### Cases that are Proceeding with a Regular Merits Discovery Schedule.

The Parties identified the below three cases where discovery proceeded with a normal discovery schedule.

| **Case name** | **Case Number** |
|---|---|
| Christopher Mansoori v. Director Morrison | 2021-CV-6173 |
| Christopher Mansoori v. Mellicent Ear ( "Ms. Milly) | 2021-CV-6379 |
| Christopher Mansoori v. Sergeant Amador, et. al. | 2022-CV-1642 |
| Christopher Mansoori v. Sgt. Williams | 2022-CV-1635 |
| Christopher Mansoori v. Superintendent Brown, et. al. | 2017-CV-8846 |

### 2021-CV-6173
### Christopher Mansoori v. Director James Morrison

I. **Status of Discovery**

    a. Defendants recently took the deposition of Plaintiff on October 31, 2023. Fact discovery closed in this matter on December 2, 2023.

b. Recently Plaintiff on November 14, 2023 sent Defendant requests for production. Defendant is currently responding to those requests. Plaintiff granted Defendants until December 29, 2023, to respond to requests for production.

c. Plaintiff is seeking an extension in fact discovery of 60 days in order to depose certain persons. Plaintiff's filed a motion is  reflected as Dkt. 38. Defendants do not oppose Plaintiff's request in his Motion.

d. The parties propose a new close of fact discovery to be February 22, 2024, in order for both written discovery requests to be responded too, and any depositions to be completed by either party.

e. The Parties propose dispositive motions deadlines be set at a later date, if necessary.

f. The Parties propose that they file a joint status report on their progress with written and/or any oral discovery by March 5, 2024.


### 2021-CV-6379
### Christopher Mansoori v. Mellicent Ear ("Ms. Milly")

**I.**   **Status of Discovery**

a. Defendants recently took the deposition of Plaintiff on October 31, 2023. Fact discovery closed in this matter on December 9, 2023. Witness Greg Bogcaz deposition took place on December 15, 2023, after the close of fact discovery due to scheduling openings at the two facilities in which both Plaintiff and Mr. Bogacz the witness are currently incarcerated presently at this time.

b. Recently Plaintiff on November 6, 2023 sent Defendant requests for production. Defendant is currently responding to those requests. Plaintiff granted Defendants until December 29, 2023, to respond to requests for production.

c. Plaintiff is seeking an extension in fact discovery of 60 days in order to depose certain persons. Plaintiff's filed a motion is  reflected as Dkt. 54. Defendants do not oppose Plaintiff's request in his Motion.

d. The parties propose a new close of fact discovery to be February 22, 2024, in order for both written discovery requests to be responded too, and any depositions to be completed by either party.

e. The Parties propose dispositive motions deadlines be set at a later date, if necessary.

f. The Parties propose that they file a joint status report on their progress with written and/or any oral discovery by March 5, 2024.


### 2022-CV-1642
### Christopher Mansoori v. Sergeant Amador, et. al.

**I.**   **Status of Discovery**

a. Defendants recently took the deposition of Plaintiff on December 14, 2023. Fact discovery closes in this matter on January 2, 2023.

b. Recently Plaintiff on November 14, 2023 sent Interrogatories for Nominal Defendant Cook County. Defendant is currently responding to those requests.

c. Plaintiff is seeking an extension in fact discovery of 60 days in order to depose certain persons.

d. The parties propose a new close of fact discovery to be March 6, 2024, in order for both written discovery requests to be responded too, and any depositions to be completed by either party.

e. The Parties propose dispositive motions deadlines be set at a later date, if necessary.

f. The Parties propose that they file a joint status report on their progress with written and/or any oral discovery by March 13, 2024.

II. **Status on other Matters.**

a. Nominal Defendant Cook County filed a Motion in Lieu of Answer on December 12, 2023, with the Court that was granted on December 13, 2023by this Court. The Court found no basis for liability on the part of Cook County as articulated in Plaintiff's complaint. As a result, Cook County remains in this case as a necessary party solely for purposes of responding to any discovery requests for information regarding the identity of unnamed defendant Nurse known as Defendant "Nurse Lorraine" in Plaintiff's Complaint (Dkt. [6].). Cook County is not obligated to file an answer to Plaintiff's complaint, and once Plaintiff files an amended complaint and issues summonses for service on the appropriate defendant, Cook County will be dismissed from this action.

<u>**2022-cv-1635**</u>
<u>**Christopher Mansoori v. Sgt. Willams**</u>

I. **Status of Discovery**

a. Plaintiff previously sent Defendant requests for production. Defendant is currently responding to those requests and Plaintiff has granted an extension of time to respond to those requests until December 29, 2023.

b. On November 3, 2023, this Court set the deadline to complete fact discovery to May 31, 2024. Parties were directed to file a joint status report on June 6, 2024. (Dkt. 43.)

c. The Parties propose dispositive motions deadlines be set at a later date, if necessary. /

<u>**2017-CV-8846**</u>
<u>**Christopher Mansoori v. Superintendent Brown, et al**</u>

I. **Status of Discovery**

a. Discovery closed on the limited issue of exhaustion.

b. The parties are proceeding with merit-based discovery at this time and request the below schedule for merits discovery to be entered by this Court:

c.

| **Deadline for Fact Discovery to close** | **Status Report Due** |
|---|---|
| May 14, 2024 | May 21, 2024 |

d. The Parties propose dispositive motions deadlines be set at a later date, if necessary.

Respectfully submitted,

*/s/ Jorie R. Johnson*
Jorie R. Johnson
Joel Zeid
Assistant States Attorney
Civil Rights/Torts Litigation
500 Richard J. Daley Center
Chicago, Illinois 60602
Jorie.Johnson@cookcountysao.org

*/s/ Miguel Larios*
Miguel Larios
Assistant States Attorney
Conflicts Litigation
500 Richard J. Daley Center
Chicago, Illinois 60602
Miguel.Larios@cookcountysao.org

*/s/ Troy S. Radunsky*
Special State's Attorney
DEVORE RADUNSKY LLC
Jason E. DeVore (ARDC # 6242782)
Troy S. Radunsky (ARDC # 6269281)
Zachary G. Stillman (ARDC # 6342749)
230 W. Monroe Street, Ste. 230
Chicago, IL 60606
(312) 300-4479

12

/s Kevin C. Kirk
Special State's Attorney
William B. Oberts
Kevin C. Kirk
Tribler, Orpett, & Meyer P. C.
225 W. Washington – Suite 2250
Chicago, IL 60660
wboberts@tribler.com
Kckirk@tribler.com

## CERTIFICATE OF SERVICE

I, Jorie R. Johnson hereby certify that I have caused true and correct copies of **Joint Status Report** and foregoing to be served on all Parties pursuant to ECF and in accordance with the rules of electronic filing of documents a copy was mailed via U.S. Mail on this 14th day of December, 2023.

To:

**Christopher James Mansoori**
**2019-1007189**
**Cook County Jail - CCJ**
**2700 S. California Ave.**
**Chicago, IL 60608**

/s/ *Jorie R. Johnson*
Jorie R. Johnson