UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Christopher James Mansoori, (2019-1007189), <br><br>*Plaintiff,*<br><br>v.<br><br>Defendants, *et al.*, | Case Nos. <br> 17 C 8846 <br> 21 C 5881 <br> 21 C 6173 <br> 21 C 6242 <br> 21 C 6379 <br> 22 C 1632 <br> 22 C 1634 <br> 22 C 1635 <br> 22 C 1638 <br> 22 C 1642 <br> 22 C 2469 <br> 22 C 2470 <br> 22 C 2471 <br> 22 C 3484 <br> 22 C 3485 <br><br> Judge Lindsay C. Jenkins |

**ORDER**

Plaintiff's motions filed on December 21, 2023 in each of the above listed cases: [149], [71], [41], [60], [58], [58], [45], [46], [68], [66], [67], [65], [81], [59], [81]—wherein he requests daily library access from 8am to 2pm because he needs a space affording him better light, a flat surface, and a chair—are denied without prejudice. Inmate litigants "are not constitutionally entitled to unfettered direct access to law libraries. Prisoners are instead entitled to 'meaningful' access to the courts." *Smith v. Shawnee Library Sys.*, 60 F.3d 317, 323 (7th Cir. 1995) (quoted case omitted); *see also Smith v. Conder*, CIV. 09-304-GPM, 2009 WL 3462031, at *2 (S.D. Ill. Oct. 23, 2009) (district courts are "reluctant to interfere with the day-to-day operation of the prison and the manner in which law library requests are managed") (citation omitted). Plaintiff's filings in his fifteen cases here indicate he is not being denied access to courts. Nevertheless, this Court certifies that Plaintiff has cases pending before it and should be afforded reasonable access to research materials and some accommodating space to prepare pleadings. Defendants need not respond to Plaintiff's motions, but they should note in their upcoming status reports (or other pleadings) what access Plaintiff is being afforded to prepare his pleadings.

Date: December 27, 2023

Lindsay C. Jenkins
United States District Court Judge